IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TIFFANY ROLLINS**                                                                                                         **PLAINTIFF**

v.                           NO. 3:20-cv-00239 PSH

**KILOLO KIJAKAZI, Acting Commissioner**                                        **DEFENDANT**
**of the Social Security Administration**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Tiffany Rollins.

IT IS SO ORDERED this 31st day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE