## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TIFFANY ROLLINS**                                                              **PLAINTIFF**

**VS.**                           **CASE NO. 3:20CV00239 PSH**

**KILOLO KIJAKAZI,**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                  **DEFENDANT**

### ORDER

Before the Court is plaintiff Tiffany Rollins' ("Rollins") motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. No. 21). Defendant Kilolo Kijakazi ("Kijakazi") does not oppose the motion.

The motion is GRANTED, and the EAJA award in the amount of $3,136.47 ($3,116.40 in fees and $20.07 in postage) is approved. There is nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Rollins, and not her attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Rollins, in care of her attorney, Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas, address.

1

IT IS SO ORDERED this 23rd day of November, 2021.

_____

UNITED STATES MAGISTRATE JUDGE